# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| JOSHUA CACHO, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| GOHEALTH, LLC, a Delaware Limited Liability Company | §   6:22-CV-01831-CEM-LHP |
| | § |
| Defendants. | § |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES Joshua Cacho, pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(i), hereby voluntarily dismisses all of his claims against GoHealth, LLC with prejudice.

Dated November 1, 2022,                    Respectfully Submitted,


                                           Joshua Cacho
                                           Plaintiff, Pro Se
                                           164 Estella Road
                                           Lake Mary, Florida 32746
                                           407-577-3881
                                           Bostonreds.85@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| JOSHUA CACHO, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| GOHEALTH, LLC, a Delaware Limited Liability Company | §   6:22-CV-01831-CEM-LHP |
| | § |
| Defendants. | § |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Voluntary Dismissal with Prejudice, it is this, _____ day of _____, 2022,

**ORDERED** that Plaintiff's Voluntary Dismissal with Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **JOSHUA CACHO,** | § |
| **Plaintiff,** | § |
| v. | § |
| **GOHEALTH, LLC,** a Delaware Limited Liability Company | §  6:22-CV-01831-CEM-LHP |
| **Defendants.** | § |

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, I caused a true copy of the foregoing, **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE** to be served via electronic mail on all counsel of record.

Dated November 1, 2022,            Respectfully Submitted,

                                   Joshua Cacho
                                   Plaintiff, Pro Se
                                   164 Estella Road
                                   Lake Mary, Florida 32746
                                   407-577-3881
                                   Bostonreds.85@gmail.com