UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSHUA CACHO,**

        **Plaintiff,**

v.                                    Case No.  6:22-cv-1831-CEM-LHP

**GOHEALTH, LLC,**

        **Defendant.**
_____/

**ORDER**

    THIS CAUSE is before the Court on Plaintiff's Voluntary Dismissal With Prejudice (Doc. 7). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

    **DONE** and **ORDERED** in Orlando, Florida on November 9, 2022.



Copies furnished to:

Unrepresented Party